



**Entered on Docket**
**April 28, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
Wells Fargo Bank, NA, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-54627-gwz |
| | ) |
| Michael Young, | ) Chapter 13 |
| | ) |
| Debtor. | ) DATE: 04/09/10 |
| | ) TIME: 01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

2  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

3  Movant in the real property commonly known as 1723 Round Mountain Circle, Sparks, NV

4  89434.

5

6  IT IS SO ORDERED.

7

8
   Submitted by:
9  McCarthy & Holthus, LLP

10 */s/Christopher K. Lezak*_____
11 Christopher K. Lezak, Esq.
   9510 West Sahara Avenue, Suite 110
12 Las Vegas, NV 89117
   702-685-0329
13

14
   Approved/Disapproved
15
   *Order Filed 02/26/10-no response received*
16 Lisa C. Thompson, Esq.
   1100 S. 10th Street
17 Las Vegas, NV 89104
   702-895-7300
18

19
   Approved/Disapproved
20
   *Order Filed 02/26/10-no response received*
21 William A. Van Meter
   P.O Box 6630
22 Reno, NV 89513
23

24

25

26

27

28

29

1    ALTERNATIVE METHOD re; RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
     ☐ The court has waived the requirement of approval under LR 9021.
4

5         X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
     delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6    unrepresented parties who appeared at the hearing, and each has approved or disapproved the
     order, or failed to respond, as indicated below [list each party and whether the party has
7    approved, disapproved, or failed to respond to the document]:

8
          ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9    to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
     hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10   [list each party and whether the party has approved, disapproved, or failed to respond to the
     document]:
11

12        ☐  I certify that I have served a copy of this order with the motion, and no parties
     appeared or filed written objections.
13

14        Counsel appearing: Lisa C. Thompson- Order Filed 02/26/10-no response received

15        Unrepresented parties appearing: None

16
          Trustee: William A. VanMeter- Order Filed 02/26/10-no response received
17

18   Submitted by:
     McCarthy & Holthus, LLP
19
     /s/ Christopher K. Lezak.
20   Christopher K. Lezak, Esq.

21

22

23

24

25

26

27

28                                              ###

29